1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   LORENZO ALVIZO-PEREZ
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    ) No. 2:09-cr-00472-MCE
                                )
11             Plaintiff,       ) STIPULATION AND TO CONTINUE
                                ) STATUS CONFERENCE TO JANUARY 28,
12     v.                       ) 2010, AT 9:00 A.M.
                                )
13 LORENZO ALVIZO-PEREZ,        ) Date:  January 7, 2010
                                ) Time:  9:00 a.m.
14             Defendant.       ) Judge: Hon. Morrison C. England
   _____)
15

16     IT IS HEREBY STIPULATED by the parties, through counsel, Michael

17 D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Alvizo, that the Court should vacate the status

19 conference scheduled for January 7, 2010, at 9:00 a.m., and reset it

20 for January 28, 2010, at 9:00 a.m.

21     Counsel for Mr. Alvizo requires the continuance in order to review

22 the Pre-Plea Advisory Guideline Presentence Report with Mr. Alvizo.

23 Counsel also requires the continuance to negotiate with the government

24 on behalf of Mr. Alvizo.

25 ///

26 ///

27

28                                 1

1    It is further stipulated by the parties that the Court should
2 exclude the period of time from the date of this order through January
3 28, 2010, when it computes the time within which the trial of the above
4 criminal prosecution must commence for purposes of the Speedy Trial
5 Act.  The parties stipulate that the ends of justice served by granting
6 Mr. Alvizo's request for a continuance outweigh the best interest of
7 the public and Mr. Alvizo in a speedy trial, and that this is an
8 appropriate exclusion of time for defense preparation within the
9 meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

10 Dated: January 4, 2010                Respectfully submitted,

11                                       DANIEL BRODERICK
                                         Federal Defender
12
                                         /s/ M.Petrik
13                                       _____
                                         MICHAEL PETRIK, Jr.
14                                       Assistant Federal Defender
                                         Attorneys for Defendant
15

16 Dated: January 4, 2010                BENJAMIN B. WAGNER
                                         United States Attorney
17
                                         /s/ M.Petrik for Michael D. Anderson
18                                       _____
                                         MICHAEL D. ANDERSON
19                                       Assistant U.S. Attorney

20
21
22
23
24
25
26
27
28                                       2

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on January 28, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: January 4, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3