```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    LORENZO ALVIZO-PEREZ
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00472-MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE TO FEBRUARY 25, |
| v. ) | 2010, AT 9:00 A.M. |
| ) | |
| LORENZO ALVIZO-PEREZ, ) | Date:  January 28, 2010 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |
| _____ ) | |

     IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Alvizo, that the Court should vacate the status conference scheduled for January 28, 2010, at 9:00 a.m., and reset it for February 25, 2010, at 9:00 a.m.

     Counsel for Mr. Alvizo requires the continuance in order to review the Pre-Plea Advisory Guideline Presentence Report and a proposed plea agreement with Mr. Alvizo.  Counsel also requires the continuance to negotiate further with the government on behalf of Mr. Alvizo.

     It is further stipulated by the parties that the Court should exclude the period of time from the date of this order through February

1

25, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Alvizo's request for a continuance outweigh the best interest of the public and Mr. Alvizo in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: January 26, 2010            Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys for Defendant

Dated: January 26, 2010            BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for Michael D. Anderson
                                   _____
                                   MICHAEL D. ANDERSON
                                   Assistant U.S. Attorney

### ORDER

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on February 25, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: January 26, 2010

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE