```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
LORENZO ALVIZO-PEREZ
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 09-cr-472 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
|  | ) STATUS CONFERENCE TO APRIL 1, |
| v. | ) 2010, AT 9:00 A.M. |
|  | ) |
| LORENZO ALVIZO-PEREZ, | ) Date: February 25, 2010 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |
| _____ | ) |

  IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Alvizo, that the Court should vacate the status conference scheduled for February 25, 2010, at 9:00 a.m., and reset it for April 1, 2010, at 9:00 a.m.

  Counsel for Mr. Alvizo requires the continuance in order to review the Pre-Plea Advisory Guideline Presentence Report and a proposed plea agreement with Mr. Alvizo. Counsel also requires the continuance to negotiate further with the government on behalf of Mr. Alvizo.

  It is further stipulated by the parties that the Court should exclude the period of time from the date of this order through April 1,

1

2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting Mr. Alvizo's request for a continuance outweigh the best interest of the public and Mr. Alvizo in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: February 23, 2010          Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys for Defendant

Dated: February 23, 2010          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for Michael D. Anderson
                                  _____
                                  MICHAEL D. ANDERSON
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on April 1, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: February 24, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE