DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
LORENZO ALVIZO-PEREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 09-472 MCE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE |
| ) | STATUS CONFERENCE TO MAY 27, |
| v.  ) | 2010, AT 9:00 A.M. |
| ) | |
| LORENZO ALVIZO-PEREZ, ) | Date:  April 29, 2010 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Morrison C. England |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Alvizo, that the Court should vacate the status conference scheduled for April 29, 2010, at 9:00 a.m., and reset it for May 27, 2010, at 9:00 a.m.

Counsel for Mr. Alvizo requires the continuance in order to review the Pre-Plea Advisory Guideline Presentence Report and a proposed plea agreement with Mr. Alvizo. Counsel also requires the continuance to negotiate further with the government on behalf of Mr. Alvizo.

///

///

1

1  It is further stipulated by the parties that the Court should
2  exclude the period of time from the date of this order through May 27,
3  2010, when it computes the time within which the trial of the above
4  criminal prosecution must commence for purposes of the Speedy Trial
5  Act.  The parties stipulate that the ends of justice served by granting
6  Mr. Alvizo's request for a continuance outweigh the best interest of
7  the public and Mr. Alvizo in a speedy trial, and that this is an
8  appropriate exclusion of time for defense preparation within the
9  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

10 Dated: April 27, 2010                    Respectfully submitted,

11                                          DANIEL BRODERICK
                                            Federal Defender
12
                                            /s/ M.Petrik
13                                          _____
                                            MICHAEL PETRIK, Jr.
14                                          Assistant Federal Defender
                                            Attorneys for Defendant
15

16 Dated: April 27, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney
17
                                            /s/ M.Petrik for Michael D. Anderson
18                                          _____
                                            MICHAEL D. ANDERSON
19                                          Assistant U.S. Attorney

20                                **ORDER**

21     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
22 this order through the status conference on May 27, 2010, pursuant to
23 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

24
25
26
27
28                                     2

1  Dated: April 27, 2010

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

3