```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
    LORENZO ALVIZO-PEREZ
 7

 8                    UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    ) No. 09-472 MCE
                                 )
11              Plaintiff,       ) STIPULATION AND ORDER TO CONTINUE
                                 ) STATUS CONFERENCE TO JULY 8,
12       v.                      ) 2010, AT 9:00 A.M.
                                 )
13  LORENZO ALVIZO-PEREZ,        ) Date:  May 27, 2010
                                 ) Time:  9:00 a.m.
14              Defendant.       ) Judge: Hon. Morrison C. England
    _____)
15
```

16      IT IS HEREBY STIPULATED by the parties, through counsel, Michael

17 D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr.,

18 attorney for Mr. Alvizo, that the Court should vacate the status

19 conference scheduled for May 27, 2010, at 9:00 a.m., and reset it for

20 July 8, 2010, at 9:00 a.m.

21      Counsel for Mr. Alvizo requires the continuance in order to review

22 the Pre-Plea Advisory Guideline Presentence Report and a proposed plea

23 agreement with Mr. Alvizo.  Counsel also requires the continuance to

24 negotiate further with the government on behalf of Mr. Alvizo.

25 ///

26 ///

27

28                                  1

It is further stipulated by the parties that the Court should exclude the period of time from the date of this order through July 8, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Alvizo's request for a continuance outweigh the best interest of the public and Mr. Alvizo in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: May 25, 2010               Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys for Defendant

Dated: May 25, 2010               BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for Michael D. Anderson
                                  _____
                                  MICHAEL D. ANDERSON
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on July 8, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: May 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3