```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   LORENZO ALVIZO-PEREZ
7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-cr-00472-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE TO AUGUST 5,<br>) 2010, AT 9:00 A.M. |
| v. | ) |
| LORENZO ALVIZO-PEREZ, | ) Date: July 8, 2010<br>) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |
| _____ | ) |

IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Mr. Alvizo, that the Court should vacate the status conference scheduled for July 8, 2010, at 9:00 a.m., and reset it for August 5, 2010, at 9:00 a.m.

Counsel for Mr. Alvizo requires the continuance in order to review the Pre-Plea Advisory Guideline Presentence Report and a proposed plea agreement with Mr. Alvizo. Counsel also requires the continuance to negotiate further with the government on behalf of Mr. Alvizo.

///

///

1

It is further stipulated by the parties that the Court should exclude the period of time from the date of this order through August 5, 2010, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting Mr. Alvizo's request for a continuance outweigh the best interest of the public and Mr. Alvizo in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: July 2, 2010                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys for Defendant

Dated: July 2, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for Michael D. Anderson
                                       _____
                                       MICHAEL D. ANDERSON
                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on August 5, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: July 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3